IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILFRIDO M. BELLO | § | |
| | § | |
| VS. | § | C.A. NO. 4:24-CV-3341 |
| | § | |
| NEW FORTRESS ENERGY, INC., *et al.* | § | |

**NEW FORTRESS ENERGY INC.'S AND NFE PIONEER 2 LLC'S
DECLARATIONS ON CITIZENSHIP**

COME NOW New Fortress Energy Inc. and NFE Pioneer 2 LLC to submit the attached declarations stating facts demonstrating the citizenship of each of the following for purposes of diversity jurisdiction:

1. New Fortress Energy Inc. (a citizen of Delaware and New York).  *See* Ex. A at ¶9.

2. NFE Pioneer 2 LLC (a citizen of Delaware and New York).  *See* Ex. B.

3. Mexico FLNG, S. De R.L. de C.V.( a citizen of Mexico)  *See* Ex. A at ¶7.

Respectfully submitted,

SBSB EASTHAM

*/s/ Robert L. Klawetter*

Robert L. Klawetter
State Bar No. 11554700
rklawetter@sbsb-eastham.com
Christina K. Schovajsa
State Bar No. 24002910
cschovajsa@sbsb-eastham.com
Schouest, Bamdas, Soshea, BenMaier
    & Eastham PLLC
1001 McKinney Street, Suite 1400
Houston, Texas  77002
Telephone: (713) 225-0905
Facsimile:  (713) 574-2942

*Attorneys for Defendants*
*New Fortress Energy Inc.*
*NFE Pioneer 2 LLC*

S2422311♦5PJAG5112

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing pleading on **May 9, 2025**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

*/s/ Robert L. Klawetter*
Robert L. Klawetter