**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| WILFRIDO BELLOA and PEDRO ROJAS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-cv-3341 |
| NEW FORTRESS ENERGY, INC., NFE PIONEER 2 LLC, MEXICO FLNG, S. DE. R.L. DE C.V. and CHART ENERGY & CHEMICALS, INC. | § § § § § | |
| Defendants. | § § § § | |

**CHART ENERGY & CHEMICALS, INC.'S DECLARATION ON CITIZENSHIP**

COMES NOW Chart Energy & Chemicals, Inc. (hereafter "Chart"), by and through undersigned counsel, to submit the attached declaration stating facts that demonstrate the citizenship of Chart. (*See* **Exhibit A**.)

Respectfully submitted this 9th day of May, 2025

GODFREY LAW, P.C.

*/s/ Brett M. Godfrey*
Brett M. Godfrey, #24052049
7212 Skygazer St.
Castle Pines, Colorado 80108
Phone: (303) 228-0700
Fax: (303) 228-0701
Email: godfrey@godfreytrial.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2025, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to

the following e-mail addresses:

Robert L. Klawetter
Christina K. Schovajsa
SBS EASTHAM
1001 McKinney St., Ste. 1400
Houston, TX 77002
Phone: (713) 225-0905
Fax: (713) 574-2942
rklawetter@sbsb-eastham.com
cschovajsa@sbsb-eastham.com
*Attorneys for Defendant New Fortress
Energy, Inc.*

Nathan Mays
Clive Markland
ROBERTS MARKLAND LLP
255 N. MACGREGOR WAY
Houston, TX 77004
Phone: (713) 630-0900
Fax: (713) 630-0991
cm@robertsmarkland.com
nm@robertsmarkland.com
eservice@robertsmarkland.com
*Attorney for Plaintiffs*


*/s/ Brett M. Godfrey*
Brett M. Godfrey, #24052049
GODFREY LAW, P.C.
7212 Skygazer St.
Castle Pines, Colorado 80108
Phone: (303) 228-0700
Fax: (303) 228-0701
Email: godfrey@godfreytrial.com

2