**Exhibit A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| WILFRIDO BELLOA and PEDRO ROJAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:24-cv-3341- |
| NEW FORTRESS ENERGY, INC., NFE PIONEER 2 LLC, MEXICO FLNG, S. DE. R.L. DE C.V. and CHART ENERGY & CHEMICALS, INC. | § § § § | |
| Defendants. | § § § | |

---

**DECLARATION OF LAURA ASHBY**

---

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am Senior Legal Counsel to Chart Industries, Inc., a position I have held since 2018.

2.      Chart Energy & Chemicals, Inc. is a wholly-owned indirect subsidiary of Chart Industries, Inc.

3.      Chart Industries, Inc. is a publicly traded corporation, listed on the New York Stock Exchange as "GTLS".

1

4.      Chart Energy & Chemicals, Inc. was incorporated in the State of Delaware on December 20, 2000, and continues to operate as a Delaware Corporation to present.

5.      Since February 19, 2022, Chart Energy & Chemicals, Inc. has maintained a principal place of business located at 2200 Airport Industrial Drive, Ball Ground, GA 30107.

6.      I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 9th day of May, 2025

Laura Ashby

2