IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

WILFRIDO M. BELLO                            §
                                             §
VS.                                          §          C.A. NO. 4:24-CV-3341
                                             §
NEW FORTRESS ENERGY, INC., *et al.*          §

## JOINT STATUS REPORT IN RESPONSE TO
## COURT'S ORDER ECF NO. 32

COME NOW, Wilfrido M. Bello and Pedro Rojas (collectively "Plaintiffs") and New

Fortress Energy Inc., NFE Pioneer 2 LLC and Chart Energy & Chemicals, Inc. (collectively

"Defendants") to file this Joint Status Report pursuant to this Court's Order dated May 2, 2025

(ECF No. 32) to respectfully show the following:

## STATUS

Since the filing of Plaintiffs' First Amended Complaint, both NFE Pioneer 2 LLC and Chart

Energy & Chemicals ("Chart") have appeared with NFE Pioneer 2 LLC contesting personal

jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

As to the status of service of process to the other named defendant, Mexico FLNG, S. De

R.L. De C.V. ("Mexico FLNG"), Plaintiffs represent that Plaintiffs are following the service of

process requirements under the Hague Convention via a third-party international process server to

accomplish service on Defendant Mexico FLNG, S. De R.L. De C.V.

## DIVERSITY

New Fortress Energy Inc., NFE Pioneer 2 LLC and Chart submit that diversity was not

destroyed by Plaintiffs' joinder of Chart and Mexico FLNG on April 9, 2025.  In support of the

foregoing, New Fortress Energy Inc., NFE Pioneer 2 LLC and Chart are submitting declarations

S2422311♦

contemporaneously herewith regarding their citizenship, as well as that of Mexico FLNG, for purposes of diversity jurisdiction.

Plaintiffs submit that service has been completed on Defendant Chart Energy & Chemicals, Inc., whose registered agent for service of process is located in Austin, Texas. Plaintiffs maintain that Chart is a Texas defendant that has appeared in this action and that complete diversity is lacking. Although Chart asserts that its principal place of business is in Georgia and that it is incorporated in Delaware, it maintains a registered office in Austin and actively operates an office in The Woodlands, Texas, that is the nerve center of Defendant Chart's operations and where it conducts substantial business activities. These facts support Plaintiffs' position that Chart is properly joined and that complete diversity is lacking. As stated in Plaintiffs' Motion to Remand, the joinder of Chart was not effected for the purpose of defeating federal jurisdiction, but is proper based on the facts of this case and applicable law.

Respectfully submitted,

ROBERTS MARKLAND LLP

/s/ Nathan Mays

Clive Markland
Fed. ID. No. 585658
Texas Bar No. 24027475
Nathan Mays
Fed. ID. No. 32780
Texas Bar No. 24003981
Demetria D. Frank
Texas Bar No. 24050623
cm@robertsmarkland.com
nm@robertsmarkland.com
df@robertsmarkland.com
2555 N. MacGregor Way
Houston, Texas 77004
Telephone: (713) 630-0900
Facsimile: (713) 630-0991

S2422311♦                                    2

*Attorneys for Plaintiffs,
Wilfrido M. Bello, and
Pedro Cesar Rojas, Jr.*

\* *Signed by permission.*

GODFREY LAW, P.C.


/s/ Brett Godfrey
_____

Brett M. Godfrey
State Bar No. 24052049
godfrey@godfreytrial.com
7212 Skygazer St.
Castle Pines, Colorado 80108
Telephone: (303) 228-0700
Facsimile:  (303) 228-0701

*Attorney for Defendant,
Chart Energy & Chemicals, Inc.*


SBSB EASTHAM


/s/ Christina Schovajsa
_____

Robert L. Klawetter
State Bar No. 11554700
rklawetter@sbsb-eastham.com
Christina K. Schovajsa
State Bar No. 24002910
cschovajsa@sbsb-eastham.com
1001 McKinney Street, Suite 1400
Houston, Texas  77002
Telephone: (713) 225-0905
Facsimile:  (713) 574-2942

*Attorneys for Defendants,
New Fortress Energy Inc., and
NFE Pioneer 2 LLC*

\* *Signed by permission.*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **May 9, 2025**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

/s/ Brett Godfrey

Brett Godfrey

S2422311♦

4