United States District Court
Southern District of Texas
**ENTERED**
August 19, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Wilfrido Bello and Pedro Rojas<br>   *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action H-24-3341 |
| New Fortress Energy, Inc. et al.,<br>   *Defendants*. | § § § | |

## ORDER

On August 4, 2025, Magistrate Judge Peter Bray recommended that the court grant Defendant New Fortress Energy, Inc.'s (NFE) motion to dismiss. ECF No. 53. The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. NFE's motion to dismiss is **GRANTED**.

Signed at Houston, Texas, on August 19, 2025.

---
Sim Lake
Senior United States District Judge