United States District Court
Southern District of Texas
**ENTERED**
October 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Wilfrido Bello and Pedro Rojas, | § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. H-24-3341 |
| | § |
| Chart energy & Chemicals, Inc., et al, | § § § |
| Defendants. | § § |

## ORDER

On October 6, 2025, Magistrate Judge Peter Bray recommended that the court grant Defendant NFE Pioneer 2, LLC's Motion to Dismiss. (Docket Entry No. 63.) The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion. Defendant NFE Pioneer 2, LLC is **DISMISSED** for lack of personal jurisdiction.

**SIGNED** at Houston, Texas, on this the 27th day of October, 2025.

_____
Sim Lake
Senior United States District Judge